IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ZALIKHA KHALID,                      )
                                     )
v.                                   )     3:07-1078
                                     )
MICHAEL J. ASTRUE, Commissioner of Social  )
   Security.                         )

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends Plaintiff's Motion for Judgment on the Administrative Record, Document #16, be denied, that defendant's motion for entry of judgment reversing and remanding for further administrative proceedings, Document #29, be granted, and that defendant's decision be reversed and the cause remanded for further administrative proceedings as contemplated by defendant, to include rehearing. The Plaintiff filed a Partial Objection to the Magistrate's Report and Recommendation, Document #35.

For the reasons set forth in the Report and Recommendation of Magistrate Judge Bryant, the Plaintiff's Motion for Judgment on the Administrative Record (Document #16) is **DENIED**, Plaintiff's Alternative Motion (Document #16), and Defendant's Motion for Entry of Judgment reversing and remanding for further administrative proceedings (Document #29) are **GRANTED** to include rehearing.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge